|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| ALAN LON KUEHL, | ) No. 8:20-cv-01185-GJS |
|---|---|
| Plaintiff, | ) [~~PROPOSED~~] JUDGMENT |
| v. | ) |
| ANDREW SAUL, Commissioner of Social Security, | ) |
| Defendant. | ) |

Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

DATED: February 5, 2021

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE

-1-